SELCHOW et al. v. CHAFFEE & SELCHOW MFG. CO. (Circuit Court of Appeals, Second Circuit. October 16, 1905.) Appeal from the Circuit Court of the United States for the Southern District of New York. Motion to Dismiss Appeal. For opinion below, see 132 Fed. 996. Hans von Briesen, for the motion. A. Bell Malcomson, opposed. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. The only decree entered in this cause was an interlocutory decree for an injunction and an accounting, dated November 21, 1904. The entry in the clerk's docket March 21, 1905, of the amount taxed as costs was not a final decree and is not appealable. If the complainants abandon the accounting, or unduly delay it, the defendant may move for the entry of a final decree from which an appeal can be taken. The motion to dismiss the present appeal is granted.

---

In re SEMONS et al. (Circuit Court of Appeals, Second Circuit. February 1, 1906.) No. 110. Appeal from the District Court of the United States for the Southern District of New York. Henry Kuntz, for appellants. F. M. Czaki, for appellee. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. The bankrupt did not appeal from the order dismissing his application for discharge. Such an order we held in Re Kuffler, 127 Fed. 125, 61 C. C. A. 259, was in substance an order denying discharge, and as such reviewable by appeal under Bankr. Act July 1, 1898, c. 541, § 25, 30 Stat. 553 [U. S. Comp. St. 1901, p. 3432]. Having elected not to review such order by appeal, he should not be allowed to question its validity as an order denying discharge. Order affirmed.

---

THOMAS, Collector of Customs, v. SCHWARZ. (Circuit Court of Appeals, Third Circuit. January 15, 1906.) No. 39. Appeal from the Circuit Court of the United States for the Eastern District of Pennsylvania. Jasper Yates Brinton and J. Whitaker Thompson, for appellant. Before DALLAS and GRAY, Circuit Judges, and BUFFINGTON, District Judge.

GRAY, Circuit Judge. This is an appeal from a decree of the Circuit Court for the Eastern District of Pennsylvania (140 Fed. 302), affirming the decision of the Board of General Appraisers, as to the classification of certain merchandise for customs duty, entered at the port of Philadelphia. The facts are sufficiently stated in the opinon of the learned judge of the court below. As we agree with the conclusions of law arrived at, and the reasons in support thereof, as set forth in that opinion, we adopt the same as our own. The decree of the court below is affirmed.

---

UNION STOCK YARDS CO. v. CHICAGO, B. & Q. R. CO. (Circuit Court of Appeals, Eighth Circuit. August 29, 1905.) No. 1,880. In Error to the Circuit Court of the United States for the District of Nebraska. Frank T. Ransom, for plaintiff in error. Greene & Breckenridge, for defendant in error.

PER CURIAM. Affirmed, with costs, on authority of opinion of Supreme Court of the United States, 196 U. S. 217, 25 Sup. Ct. 226, 49 L. Ed. 453.

---

AMERICAN GRAPHOPHONE CO. v. TALK-O-PHONE CO. (Circuit Court, S. D. New York. August 14, 1905.) No. 8,943. Elisha K. Camp, Philip Mauro, and O. A. L. Massie, for complainant. Louis Hicks, for defendant.

HAZEL, District Judge. The demurrer interposed by defendant overruled, with costs. Defendant to answer within 20 days.